# Exhibit 6

**Exhibit 6: U.S. Patent No. 8,532,286**

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| **[1pre]** A method for performing, on a cryptographic apparatus, a Montgomery-style reduction in a cryptographic operation, the method comprising: | To the extent the preamble of claim 1 is limiting, the AntPool, through the Accused Instrumentalities (*see* Appendix below), performs a method for performing, on a cryptographic apparatus, a Montgomery-style reduction in a cryptographic operation.<br><br>For example, the Accused Instrumentalities perform, on a cryptographic apparatus (*e.g.*, a processor (*e.g.*, CPUs, GPUs, ASICs, etc.), a computer (*e.g.*, one or more nodes in a peer-to-peer network, miner, wallet hardware device, device operating wallet software, other computers, etc.), etc.), a Montgomery-style reduction in a cryptographic operation (*e.g.*, during the signing of a Bitcoin[1] transaction (*e.g.*, sale, transfer, transmission, sending, transmission, etc. of bitcoin, generating a digital signature in accordance with the Bitcoin protocol, etc.), verification of a Bitcoin transaction (*e.g.*, mining bitcoin, verifying transactions, validating transactions, verifying digital signatures associated in accordance with the Bitcoin protocol), or transmission or receipt of a Bitcoin communication). *See* claim 1[a]-1[c], *infra*; *see also*, *e.g.*:<br><br>For example, AntPool operated a leading Bitcoin mining pool whose "distributed architecture supports the mining of millions of miners concurrently, and [AntPool had] nodes deployed around the world with a stable 7/24 mining environment." See, e.g., https://apps.apple.com/us/app/antpool-leading-btc-pool/id1478243216[2]. |

[1] Bitcoin mining is exemplary of AntPool's infringing activities. AntPool also infringed the asserted claims via its operations of other mining pools such as Bitcoin Cash, Litecoin, Ethereum Classic, Zcash, etc. See, *e.g.*, https://www.antpool.com/home.
[2] All URLs cited in this chart were last accessed on August 21, 2026, unless otherwise noted.

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |




Source: https://mempool.space/mining/pool/antpool

Over the past year, the AntPool has been responsible for nearly 18% of the global Bitcoin hashrate, amounting to over 176 exa-hashes per second (EH/s)—that's 176 quintillion (176,000,000,000,000,000,000) cryptographic calculations per second. https://hashrateindex.com/hashrate/pools



| Claim No. | Exemplary Evidence of Infringement |
|---|---|

Top Bitcoin Mining Pools (3D 1W 1M)

| # | Pools | Reported Hashrate | Hashrate | Payout Method | Market Share | Blocks Mined | Avg. Tx Fees Per Block | Tx Fees Block Reward |
|---|---|---|---|---|---|---|---|---|
| 1 | Foundry USA | N/A | 232.7 EH/s | FPPS | 24.84% | 1070 | 0.02210065 | 0.71% |
| 2 | AntPool | N/A | 176.4 EH/s | FPPS | 18.83% | 811 | 0.02226451 | 0.71% |

Source: https://hashrateindex.com/hashrate/pools

In the past three years, AntPool mined over 20% of the blocks on the Bitcoin network. *See*, *e.g.*,




Source: https://mempool.space/graphs/mining/pools#3y

And AntPool has earned over 1,182,489 BTC in mining rewards since its inception:

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>


See, e.g., https://mempool.space/mining/pool/AntPool
</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | <br>Source: https://arkm.com/explorer/entity/antpool |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|




Source: https://arkm.com/explorer/entity/antpool



| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | <br>Source: https://mempool.space/address/12dRugNcdxK39288NjcDV4GX7rMsKCGn6B |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | (see below) |

**Pools with Blocks (< 3,996,000 WU)**

| Pool Name | Average Block Weight | Lowest Block Weight | Highest Block Weight |
|---|---|---|---|
| Foundry USA | 3,993,030 | 3,992,749 (813879) | 3,993,523 (874770) |
| Binance Pool | 3,993,348 | 3,992,753 (784937) | 3,993,768 (846996) |
| MARA Pool | 3,993,017 | 3,992,721 (802653) | 3,994,944 (859968) |
| Luxor | 3,993,434 | 3,992,782 (768718) | 3,993,811 (841510) |
| AntPool | 3,993,554 | 3,992,868 (814783) | 3,993,918 (873367) |
| ViaBTC | 3,993,324 | 3,992,881 (782955) | 3,993,612 (872513) |

> "The majority of pools—such as Foundry USA, Binance Pool, and **AntPool**—produce blocks averaging around 3,993,000 WU, consistent with Bitcoin Core's current behavior." See, e.g., http://delvingbitcoin.org/t/analyzing-mining-pool-behavior-to-address-bitcoin-cores-double-coinbase-reservation-issue/1351 (Emphasis added)

AntPool verified Bitcoin transactions and signatures according to the Bitcoin protocol to mine (or facilitate the mining) of blocks, and signed Bitcoin transactions and messages according the Bitcoin protocol.

> "**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP … **<u>The Signature is a base64-encoded ECDSA signature</u>** that, when decoded, with fields described in the next section."<br><br>Source: <u>https://en.bitcoin.it/wiki/Message_signing</u> (emphasis added).<br><br>**Message verification method**<br><br>It takes the following parameters:<br>• The message (Message)<br>• The address (Address)<br>• An ECDSA signature (Signature)<br><br>The Header byte in the signature shall dictate the verification algorithm that is used.<br><br>Upon verification success, you should display a status message similar to: "Genuine signed message from address <Address>".<br><br>**Preliminary steps for all verification Algorithms**<br>1. Set *DecodedSignature = Base64Decode(Signature)*<br>2. Set *HeaderByte = DecodedSignature[0]*<br>• If HeaderByte is between 27 and 30 inclusive, use "ECDSA verification, P2PKH uncompressed address".<br>• Else, if HeaderByte is between 31 and 34 inclusive, use "ECDSA verification, P2PKH compressed address".<br>• Else, if HeaderByte is between 35 and 38 inclusive, use "ECDSA verification, P2WPKH-P2SH compressed address".<br>• Else, if HeaderByte is between 39 and 42 inclusive, use "ECDSA verification, P2WPKH compressed address".<br>• Else, if HeaderByte is between 43 and 46 inclusive, use "Schnorr verification, P2TR (Taproot) compressed address".<br>• Else, fail verification with an error similar to "Unknown signature type".<br><br>Source: <u>https://en.bitcoin.it/wiki/Message_signing</u> |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|

**ECDSA verification, P2PKH compressed address**

1. Set *r = DecodedSignature[1:33]*. If *r ≥ n* or *r == 0*, fail verification with an error similar to "Invalid ECDSA signature parameters".
2. Set *s = DecodedSignature[33:65]*. If *s ≥ n* or *s == 0*, fail verification with an error similar to "Invalid ECDSA signature parameters".
3. Set *z = SHA256(Message)*
4. Set *recID = Header AND 0x3*
5. If *recID AND 0x2 == 0*, set *x = r*, else set *x = r+n*.
6. Set *x = (x^3 + 7) mod p*
7. Set *y = x^((p+1)/4) mod p*
8. Calculate the correct parity of *y* using the 'recID':
   - If (*is_even(beta)* and *is_odd(recID)*) or (*is_odd(beta) and is_even(recID)*), set *y = p-y*.
9. Set *R = (x,y)*
10. Set *e = (-int(z)) % n*
11. Set *PublicKey = (R*s + G*e) * modinv(r, n)*
12. If *is_even(y)*, compute *EncodedPublicKey = "02"* || *hex(x)*. Else, compute *EncodedPublicKey = "03"* || *hex(x)*
13. Compute *AddressHash = RIPEMD160(SHA256(EncodedPublicKey)*
14. Compute *DerivedAddress = Base58Check(hex(00)* || *AddressHash)*
15. If *DerivedAddress == Address*, succeed verification. Else fail verification with an error similar to "Wrong address for signature".

Source: https://en.bitcoin.it/wiki/Message_signing

For example, AntPool utilized a computer (*e.g.*, a node, miner, or other device in a peer-to-peer network comprising one or more CPUs) when verifying transactions on the Bitcoin network to mine (or facilitate the mining) of blocks. *See*, *e.g.*:

> "Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses peer-to-peer technology to operate with no central authority: transaction management and money issuance are carried out collectively by the network."

Source: Welcome to the Bitcoin Wiki, https://en.bitcoin.it/wiki/Main_Page.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Bitcoin Core<br>menu<br>**About**<br>**About us**<br>Bitcoin Core is an open source project which maintains and releases Bitcoin client software called "Bitcoin Core".<br>It is a direct descendant of the original Bitcoin software client released by Satoshi Nakamoto after he published the famous Bitcoin whitepaper.<br>Bitcoin Core consists of both "full-node" software for fully validating the blockchain as well as a bitcoin wallet. The project also currently maintains related software such as the cryptography library libsecp256k1 and others located at GitHub.<br>Source: Bitcoin core, https://github.com/bitcoin/bitcoin |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Full nodes are the ones that really support and secure the Bitcoin blockchain, and they are indispensable to the network. Full nodes (or fully validating nodes) are responsible for verifying transactions and blocks according to the rules of the Bitcoin protocol. And since the network is distributed, the rules are enforced by Bitcoin's consensus algorithm.<br>Source: https://academy.binance.com/en/glossary/node.<br><br><br>Source: https://mempool.space/block/0000000000000000000014c1e0a26291bf762ada4c730027c4e1f975fac09fb20 |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | Within the Bitcoin network, transactions are grouped into sequential blocks, forming an immutable chain – thus the term 'blockchain'. These blocks are validated and appended to the ledger by a distributed network of nodes – computers running the Bitcoin Core software, or other compatible implementations. This software is freely available for download and installation. Consequently, any individual with internet access and a suitable device can run a node, enabling participation in the creation, validation, and propagation of blocks. This open and permissionless design ensures the ledger's decentralisation, transparency, and global accessibility.<br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 32 |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | **Full nodes:** Full nodes are the backbone of the Bitcoin network. They maintain a complete copy of the ledger, validate transactions and blocks against Bitcoin's consensus rules, and relay this information to other nodes. Full nodes ensure that all transactions comply with the protocol, and they reject any blocks or transactions that violate the rules. As of 2024, there are thousands of full nodes distributed globally, ensuring the network's decentralisation and resilience.<br><br>**Mining pool servers:** These are specialised servers run by mining pool operators that coordinate the collective hashing power of many individual mining hardware units (primarily ASICs), which are operated by pool participants ('miners'). Pool servers use specific protocols (like Stratum) to distribute work assignments and receive results. Critically, they incorporate full node functionality to interact with the Bitcoin network – validating transactions, building block templates, and broadcasting successfully mined blocks. They act as the central coordination point for most of the network's mining activity.<br><br>**Mining nodes:** A mining node enables participation in the creation of new blocks. It can operate independently on the network, similar to a setup used by a 'solo miner', or it can connect to a mining pool server to contribute hashing power to a collective effort. When operating independently, these nodes handle their own validation, block creation, and block propagation (requiring full node capabilities) and direct specialised hardware (ASICs) to perform the Proof-of-Work necessary to find a valid block hash.<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 32 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Transaction selection and validation**<br><br>The process of block assembly in Bitcoin is central to its functionality as a secure, decentralised ledger. As illustrated in Figure 12, this begins with the selection of transactions from a node's memory pool (mempool), where unconfirmed transactions reside. Each transaction entering the mempool undergoes stringent validation against Bitcoin protocol rules, including verification of digital signatures, confirmation of sufficient sender balance, and a check to prevent double-spending. Only validated transactions proceed to the block assembly stage, where they are prioritised based on their associated fee rate (the fee paid relative to the transaction's weight or size). This fee-driven approach to transaction ordering, while not enforced by protocol, is widely adopted and standard in software implementations used to build block templates, as miners have an incentive to maximise their revenue.<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 33 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Mining Pools**<br><br>**What are mining pools?**<br><br>As the Bitcoin network has grown and mining has become increasingly competitive, individual miners have found it challenging to mine blocks and receive rewards consistently. This challenge arises from the sheer computational power required to solve the cryptographic challenge – in other words, the increasing difficulty of finding a valid block hash. To address this issue, miners formed so-called 'mining pools', which are groups of miners who combine their computational resources to increase their chances of finding a block and share the rewards. A mining pool is a collective of miners who combine their computational resources to increase their chances of successfully mining a block. By pooling their efforts, miners can receive more consistent payouts, as the likelihood of the pool solving a block is higher than that of any individual miner. When a block is successfully mined by the pool, the rewards are distributed among all participants based on their contributed computational power, known as 'shares'. Figure 16 provides an overview of the current mining pool landscape. It becomes apparent that there are a few dominant actors: Foundry (35.8%), Antpool (19.5%), ViaBTC (13.5%), and F2Pool (9.4%), who collectively control the large majority (>75%) of hashrate. This concentration can be attributed to several factors, including economies of scale, ease of use, and reliable infrastructure, which allows larger pools to offer more competitive payout structures and lower fees, attracting more miners.<br><br>Mining pools operate by coordinating the computational efforts of individual miners. Once a miner joins a pool, they connect their hardware to the pool's server, which provides a block template containing information such as recent transactions, the previous block hash, and target difficulty. The pool server assigns smaller, less difficult cryptographic challenges to each miner. These smaller tasks, referred to as 'shares', are partial solutions that involve finding nonces which meet a reduced difficulty target. This allows miners to demonstrate their computational contribution without the need to find a valid block hash. The pool server aggregates these efforts, coordinating and combining them to ultimately solve the full block, thereby distributing work efficiently among its participants. To ensure miners always work on the most profitable block, pool servers continuously monitor the network for new transactions and recently mined blocks, and accordingly, provide mining nodes with updated block templates.<br><br>When a miner successfully solves a share, it is submitted back to the pool server as proof of work, serving as evidence of the miner's contribution to the<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 40 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | AntPool, through the Accused Instrumentalities, utilized a computer (*e.g.*, one or more nodes in a peer-to-peer network, miners, other computers, etc.) comprising one or more processors (*e.g.*, CPUs) to verify Bitcoin transactions. *See, e.g.*:<br><br>**Algorithm for signing and verifying messages**<br>Below is a list of instructions for creating a BIP137-compliant message signing and verification algorithm.<br>It is not required, but you should strip trailing newlines from the message before signing it, because some clients cannot process messages that contain trailing newlines.<br>Below is a list of steps for signing and verifying a message, for each supported address type.<br><br>Source: https://en.bitcoin.it/wiki/Message_signing<br><br>**Message verification method**<br>It takes the following parameters:<br>• The message (Message)<br>• The address (Address)<br>• An ECDSA signature (Signature)<br>The Header byte in the signature shall dictate the verification algorithm that is used.<br>Upon verification success, you should display a status message similar to: "Genuine signed message from address <Address>".<br><br>**ECDSA verification, P2PKH compressed address**<br>1. Set $r$ = *DecodedSignature[1:33]*. If $r \geq n$ or $r == 0$, fail verification with an error similar to "Invalid ECDSA signature parameters".<br>2. Set $s$ = *DecodedSignature[33:65]*. If $s \geq n$ or $s == 0$, fail verification with an error similar to "Invalid ECDSA signature parameters".<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>




Source: https://mempool.space/address/12dRugNcdxK39288NjcDV4GX7rMsKCGn6B

The Accused Instrumentalities also utilized a computer (*e.g.*, a digital wallet, a hot wallet, a cold wallet, a warm wallet, a hardware wallet, a hardware security module (HSM), or an embedded device) comprising one or more processors (*e.g.*, CPUs) to sign Bitcoin transactions. *See*, *e.g.*:

A Bitcoin **wallet** is a collection of private keys but may also refer to client software used to manage those keys and to make transactions on the Bitcoin network.

Source: https://en.bitcoin.it/wiki/Wallet

**Bitcoin Core**

The original Bitcoin client stores private key information in a file named **wallet.dat** following the so called "bitkeys" format.

The wallet.dat file contains your private keys, public keys, scripts (which correspond to addresses), key metadata (e.g. labels), and the transactions related to your wallet. If you have an HD wallet, it also includes the HD seed and the derivation paths for each private key.

Source: https://en.bitcoin.it/wiki/Wallet

</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | **Connecting to a full node**<br><br>By default, most hardware wallets instruct the user to connect to the manufacturer's own web interface. The web page cannot steal the user's private keys but can spy on them or trick them into accept fake payments.<br><br>Hardware wallets only keep the private keys safe and create spending transactions; they cannot tell you if you have actually received coins and in what quantity. Bitcoin's security model also requires that full node wallets are used. If not, somebody could pay you with a transaction of something other than bitcoin. If bitcoin is digital gold then a full node wallet is your own personal goldsmith who checks that the incoming payments are actually real. Also the third-party wallet will see all your bitcoin addresses so this is very damaging to your privacy.<br><br>Source: https://en.bitcoin.it/wiki/Hardware_wallet<br><br>"Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses **peer-to-peer technology** to operate with no central authority: transaction management and money issuance are carried out collectively by the network."<br><br>Source: Welcome to the Bitcoin Wiki, https://en.bitcoin.it/wiki/Main_Page. (Emphasis added)<br><br>**Algorithm for signing and verifying messages**<br><br>Below is a list of instructions for creating a BIP137-compliant message signing and verification algorithm.<br><br>It is not required, but you should strip trailing newlines from the message before signing it, because some clients cannot process messages that contain trailing newlines.<br><br>Below is a list of steps for signing and verifying a message, for each supported address type.<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Message signing method**<br>It takes the following parameters:<br>• The private key (PrivateKey)<br>• The public key (PublicKey) (optional, if performance is desired)<br>• The address (Address)<br>• The message (Message)<br><br>**ECDSA signing, with P2PKH compressed addresses**<br>1. Compute *z = SHA256(Message)*<br>2. Generate a cryptographically secure random nonce *k* between *1* and *n-1*. This can be implemented by generating four 64-bit random unsigned integers. If the resulting integer is out of range (e.g. it's *0* or ≥ *n*), then discard the entire nonce and generate its entirety all over again. This is to avoid attacks on specific parts of the nonce.<br>3. Compute *(x,y) = G*k*<br>4. If *r mod n == 0* or *(x,y) == Inf*, go back to step 3.<br>5. Compute *s = modinv(k, n) * (z + r * PrivateKey) mod n*. If *s == 0*, go back to step 3.<br>6. Compute the header byte. If *r < p-n* and *is_even(y)*, set HeaderByte to 34. If *r < p-n* and *is_odd(y)*, set HeaderByte to 31. If *r* ≥ *p-n* and *is_even(y)*, set HeaderByte to 32. If *r* ≥ *p-n* and *is_odd(y)*, set HeaderByte to 31.<br>7. Compute *Signature=Base64Encode(HeaderByte* || *r* || *s)*<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>

Source:<br>https://arkm.com/visualizer/entity/antpool?flow=all&positions=%7B%7D&sortDir=desc&sortKey=time&usdGte=0.1</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Why Choose ANTPOOL?<br><br>Transparent Earnings<br><br>Support FPPS, PPS, PPLNS and other earnings modes. Automatic settlement and payout each day, Transparent earnings, Real-time mining data update.<br><br>Prompt Notice<br><br>Provide APP, Mail, SMS, WeChat notification service. Sends notifications based on the hash rate warnings threshold configured by you.<br><br>Source: https://www.antpool.com/home?lang=en<br><br>**8. Earnings and payment**<br><br>1) ANTPOOL provides daily payouts. Once your earning reaches the minimum payment amount, payouts will be sent to your wallet automatically. (BTC default minimum payout amount is 0.005, BCH is 0.01. This amount can be managed by you.)<br><br>2) Payment will be sent to the wallet you set up on ANTPOOL. You can check the payment in your wallet or view your payment history under "Dashboard"– "Payment History" on ANTPOOL. (Paying: payment is being process; Paid: payment completed, tokens sent to your wallet)<br><br>(If you have chosen to mine BCH, payment will be sent to your BCH wallet. If you did not set up a wallet address, your earnings will be kept in your account balance.)<br><br>Source: https://antpoolsupport-hc.zendesk.com/hc/en-us/articles/5984340865177-BTC-BCH-Mining-Tutorial |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **When is the daily payout time?**<br>Susie<br>3 years ago · Updated<br>Follow<br>To receive your payout, you will first need to configure a valid wallet under "Settings".<br>Check the minimum payout value in the "Settings" interface. Payment will only be initiated when your balance is above the minimum payout threshold.<br>The default minimum payout value for Bitcoin is 0.005 BTC. You can modify the value under "Settings" according to your needs.<br>The minimum payout value is 0.001 for LTC, ZEC and DASH, 0.01 for BCH, 0.1 for XMC and 1 for BTM. Earnings less than the minimum payout value cannot be paid. You can modify the payout value for all coins.<br>ANTPOOL will process all accounts at 9 o'clock every day. If your balance has reached the minimum payment after today's settlement (after 9 o'clock), payment will be processed next day.<br>Source: https://antpoolsupport-hc.zendesk.com/hc/en-us/articles/5985391549977-When-is-the-daily-payout-time |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **AntPool: payments chain**<br><br>AntPool is a very special case and its payment pattern is the most difficult to trace. The whole process of payments is like a chain or loop. Almost every day it starts in the morning and lasts until late afternoon.<br><br>• Generate a new wallet.<br>• Use the intermediate address to pay 101 addresses.<br>• Among the 101 recipients, 100 are miners, while the one newly generated wallet receives *all* the change.<br>• Use the balance in the change wallet to pay another 100 miners + 1 new wallet.<br>• Repeat the process above until all miner addresses are paid.<br><br>The end result is that all the intermediate change wallets are empty and they will *not* be reused. Only the very last change wallet has some Bitcoins in it. I like this process because it gives the miners the highest level of privacy. If you wish to find out all miners' addresses under AntPool by hand, you have to traverse many transactions. But for other pools, you only need to check out less than ten transactions, probably even less than five.<br>Source: https://wlwan.medium.com/how-do-bitcoin-mining-pools-pay-their-miners-c2409067275f |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | – **AntPool** also collected most of the mined coins using a single address. As in BTC.com, they have always been sent to one collector address responsible for payments ($A_2$ in Figure 3c), but, differently from BTC.com, the chain of payments continues with a series of change addresses that are never reused. A peculiar aspect of these payout transactions is that a significant percentage of them[9] has 101 output addresses (change address included). Because of that, in order to identify the change address in a payout transaction, we investigate all output addresses that spent the received amount through another payout transaction with 101 output addresses. In the time period considered, it turns out that the change addresses were always the output with the largest sum of BTC. By following this series of change addresses and payout transactions, we identified several other addresses as being individual miners, i.e., members of the pool.<br><br><br>(c) AntPool payout pattern.<br>reward address. In AntPool (Figure 3c), similarly to BTC.com, we have a payout chain that originates from always the same collector address, but continues with other change addresses used only once as input in payout transactions.<br>Source: https://weis2019.econinfosec.org/wp-content/uploads/sites/6/2019/05/WEIS_2019_paper_30.pdf, Page 9 and 10. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Cobo has really transformed how we manage our mining pool. Their top notch security lets us focus on our core business without constant worry. The API integration is smooth and intuitive, allowing us to automate our operations and reduce the risk of human error.<br><br>Leon Lyu<br>CEO of Antpool<br>Source: https://www.cobo.com/customers/crypto-native<br>Cobo's Wallet-as-a-Service solution effectively improves Antpool's operational efficiency and significantly enhances the security of the Antpool mining pool. As an industry leader, Cobo's advanced wallet technology and robust security infrastructure provide us with peace of mind, allowing us to focus on our core business. Cobo's intuitive and seamless API integration helps us automate operations and effectively reduce the risk of human error.<br>Source: https://www.cobo.com/zh/customers/crypto-native |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | Cobo MPC Wallet leverages advanced Multi-Party Computation (MPC) technology to implement a Threshold Signature Scheme (TSS).<br><br>With MPC-TSS technology, private key-shares are individually generated within separate secure environments, encrypted, and divided amongst multiple parties. These parties will jointly sign transactions without ever exposing their individual key-share to one another, or materializing the full private key at any point. This ensures that the private key never exists or resides in any one device, effectively removing the single point of failure and insulating user assets from security attacks and human errors.<br><br>Source: https://www.cobo.com/developers/v1/overview/mpc-wallet/mpc-introduction<br><br>In Cobo's MPC Wallet, a typical set up is 2-out-of-3 TSS, where Cobo stores and manages one of the three key shares. The client holds one of the three key shares. The last key share is either stored by the client in an offline environment or entrusted to a dedicated third party key backup/recovery service provide, i.e. insurance or security companies Only Cobo and the client are required to cooperate to sign transactions, the backup key share are only needed in extreme conditions, e.g. one of Cobo or client's key share is damaged or lost.<br><br>Source: https://www.cobo.com/developers/v1/overview/mpc-wallet/mpc-introduction<br><br>For example, during signature generation and verification, a cryptographic operation (*e.g.*, associated with `secp256k1_scalar_mul`) is performed, the function `secp256k1_scalar_mul` is invoked by the cryptographic apparatus (*e.g.*, a processor), and a Montgomery-style reduction is performed. *See* claim 1[a]-1[c], *infra*; *see also*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | `static int secp256k1_ecdsa_sig_recover(const secp256k1_scalar *sigr, constsecp256k1_scalar* sigs,`<br>`  secp256k1_ge *pubkey, const secp256k1_scalar *message, int recid)`<br>`{`<br>`    ...;`<br>`    secp256k1_scalar_mul(&u2, &rn, sigs);`<br>`    ...;`<br>`    secp256k1_scalar_mul(&u2, &rn, sigs);`<br>`...;`<br>`}`<br>Source: src/secp256k1/src/modules/recovery/main_impl.h<br><br>`static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx, secp256k1_scalar *sigr,`<br>`  secp256k1_scalar *sigs, const secp256k1_scalar *seckey, const secp256k1_scalar *message,`<br>`  const secp256k1_scalar *nonce, int *recid)`<br>`{`<br>`    ...;`<br>`    secp256k1_scalar_mul(&n, sigr, seckey);`<br>`    ...;`<br>`    secp256k1_scalar_mul(sigs, sigs, &n);`<br>`    ...;`<br>`}`<br><br>Source: src/secp256k1/src/ecdsa_impl.h<br><br>`/** Set a scalar to an unsigned integer. */`<br>`static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v);`<br><br>Source: src/secp256k1/src/scalar.h<br><br>`/* Limbs of the secp256k1 order. */`<br>`#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)`<br>`#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)`<br>`#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)`<br>`#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)`<br><br>`/* Limbs of 2^256 minus the secp256k1 order. */`<br>`#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)`<br>`#define SECP256K1_N_C_1 (~SECP256K1_N_1)`<br>`#define SECP256K1_N_C_2 (1)` |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <pre>SECP256K1_INLINE static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v) {<br>    r->d[0] = v;<br>    r->d[1] = 0;<br>    r->d[2] = 0;<br>    r->d[3] = 0;<br>    ...;<br>}<br>static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const<br>secp256k1_scalar *b) {<br>    uint64_t l[8];<br>    ...;<br>    secp256k1_scalar_mul_512(l, a, b);<br>    secp256k1_scalar_reduce_512(r, l);<br>    ...;<br>}</pre><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h")<br><br><pre>SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t<br>*l) {<br>    secp256k1_uint128 c128;<br>    ...;<br>    uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];<br>    ...;<br>    /* Reduce 512 bits into 385. */<br>    /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */<br>    ...;<br>    /* Reduce 385 bits into 258. */<br>    /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */<br>    ...;<br>    /* Reduce 258 bits into 256. */<br>    /* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */<br>    secp256k1_u128_from_u64(&c128, p0);<br>    secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);<br>    r->d[0] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[1] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[2] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[3] = secp256k1_u128_to_u64(&c128); ...;<br>}</pre><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | In the alternative, if this element is not met literally, then it is met under the doctrine of equivalents because reduction operations performed by, for example, main_impl.h, ecdsa_impl.h, scalar.h, and scalar_4x64_impl.h, *supra*, perform substantially the same function, in substantially the same way, to achieve substantially the same result.<br><br>Similarly, AntPool, through the Accused Instrumentalities, performs a method for performing, on a cryptographic apparatus, a Montgomery-style reduction in a cryptographic operation. *See*, *e.g.*:<br><br>For example, AntPool mined almost 10% of the Zcash blocks on the Zcash network. *See*, *e.g.*,<br><br><br><br>Source: https://www.antpool.com/home?lang=en |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | <br>Source: https://zcashinfo.com/ranking/?range=all |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>Source: https://zcashinfo.com/pool/antpool<br><br>Source: https://zcashinfo.com/block/4435 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Source: https://zcashinfo.com/address/t1L2b66MXbgpVMXDfUa94GCBFAN4dCxGohM |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | zcash / src / secp256k1 / Top<br><br>**libsecp256k1**<br><br>dependencies none irc.libera.chat #secp256k1<br><br>High-performance high-assurance C library for digital signatures and other cryptographic primitives on the secp256k1 elliptic curve.<br><br>This library is intended to be the highest quality publicly available library for cryptography on the secp256k1 curve. However, the primary focus of its development has been for usage in the Bitcoin system and usage unlike Bitcoin's may be less well tested, verified, or suffer from a less well thought out interface. Correct usage requires some care and consideration that the library is fit for your application's purpose.<br><br>Features:<br><br>• secp256k1 ECDSA signing/verification and key generation.<br>Source: https://github.com/zcash/zcash/tree/master/src/secp256k1<br><br>AntPool also infringed the asserted claims via its operations of other mining pools such as Bitcoin Cash, Litecoin, Ethereum Classic, Zcash, etc. because they use the same crypto libraries identified *infra*. |
| **[1a]** obtaining an operand for the cryptographic operation; | AntPool, through the Accused Instrumentalities, obtains an operand for the cryptographic operation.<br><br>For example, the Accused Instrumentalities **obtain an operand**: *e.g.*, operand `l` is 8 machine words, reduced operand `r` is 4 machine words. The operand is for **the cryptographic operation** (e.g., associated with `secp256k1_scalar_mul`). *See*, *e.g.*:<br><br>`/** Set a scalar to an unsigned integer. */`<br>`static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v);`<br><br>Source: src/secp256k1/src/scalar.h |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | ```<br>/* Limbs of the secp256k1 order. */<br>#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)<br>#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)<br>#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)<br>#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)<br><br>/* Limbs of 2^256 minus the secp256k1 order. */<br>#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)<br>#define SECP256K1_N_C_1 (~SECP256K1_N_1)<br>#define SECP256K1_N_C_2 (1)<br><br>SECP256K1_INLINE static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v) {<br>    r->d[0] = v;<br>    r->d[1] = 0;<br>    r->d[2] = 0;<br>    r->d[3] = 0;<br>    ...;<br>}<br>static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const secp256k1_scalar *b) {<br>    uint64_t l[8];<br>    ...;<br>    secp256k1_scalar_mul_512(l, a, b);<br>    secp256k1_scalar_reduce_512(r, l);<br>    ...;<br>}<br>```<br><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h")<br><br>For example, operand l is reduced (in connection with a cryptographic operation) until it fits in p[0..4], which is further reduced into r. *See, e.g.*:<br><br>```<br>SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t *l) {<br>    secp256k1_uint128 c128;<br>    ...;<br>    uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];<br>    ...;<br>    /* Reduce 512 bits into 385. */<br>    /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */<br>    ...;<br>``` |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ```<br>    /* Reduce 385 bits into 258. */<br>    /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */<br>    ...;<br>    /* Reduce 258 bits into 256. */<br>    /* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */<br>    secp256k1_u128_from_u64(&c128, p0);<br>    secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);<br>    r->d[0] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[1] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[2] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[3] = secp256k1_u128_to_u64(&c128); ...;<br>}<br>```<br><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in “scalar_8x32_impl.h”)<br><br>In the alternative, if this element is not met literally, then it is met under the doctrine of equivalents because reduction operations performed by, for example, main_impl.h, ecdsa_impl.h, scalar.h, and scalar_4x64_impl.h, *supra*, perform substantially the same function, in substantially the same way, to achieve substantially the same result. |
| **[1b]** computing a modified operand using a reduction value, instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand, | AntPool, through the Accused Instrumentalities, computes a modified operand using a reduction value, instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand, rather than perform a cancellation thereof, the reduction value being a function of the modulus.<br><br>For example, the Accused Instrumentalities **compute a modified operand** (*e.g.*, compute a value “r”) **using a reduction value** (*e.g.*, a value SECP256K1_N_C_0), instead of a modulus used in performing a standard Montgomery reduction, **to perform a replacement of a least significant word of the operand** (*e.g.*, to perform a replacement of a least significant word of a scalar or integer, such as of d[0]), rather than perform a cancellation thereof, **the reduction value being a function of the modulus** (*e.g.*, being a function of the a modulus, such as the curve order, *e.g.*, secp256k1 order). *See*, *e.g.*:<br><br>```<br>/** Set a scalar to an unsigned integer. */<br>static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v);<br>```<br><br>Source: src/secp256k1/src/scalar.h<br><br>```<br>/* Limbs of the secp256k1 order. */<br>#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)<br>#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)<br>``` |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td>rather than perform a cancellation thereof, the reduction value being a function of the modulus; and</td><td>
<pre>
#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)
#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)

/* Limbs of 2^256 minus the secp256k1 order. */
#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)
#define SECP256K1_N_C_1 (~SECP256K1_N_1)
#define SECP256K1_N_C_2 (1)

SECP256K1_INLINE static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v) {
    r->d[0] = v;
    r->d[1] = 0;
    r->d[2] = 0;
    r->d[3] = 0;
    ...;
}
static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const
secp256k1_scalar *b) {
    uint64_t l[8];
    ...;
    secp256k1_scalar_mul_512(l, a, b);
    secp256k1_scalar_reduce_512(r, l);
    ...;
}
</pre>
Source: src/secp256k1/src/scalar_4x64_impl.h (see also code in “scalar_8x32_impl.h”)
<pre>
SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t
*l) {
    secp256k1_uint128 c128;
    ...;
    uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];
    ...;
    /* Reduce 512 bits into 385. */
    /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */
    ...;
    /* Reduce 385 bits into 258. */
    /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */
    ...;
    /* Reduce 258 bits into 256. */
    /* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */
    secp256k1_u128_from_u64(&c128, p0);
    secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);
    r->d[0] = secp256k1_u128_to_u64(&c128); ...;
</pre>
</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | `    r->d[1] = secp256k1_u128_to_u64(&c128); ...;`<br>`    r->d[2] = secp256k1_u128_to_u64(&c128); ...;`<br>`    r->d[3] = secp256k1_u128_to_u64(&c128); ...;`<br>`}`<br><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h")<br><br>In the alternative, if this element is not met literally, then it is met under the doctrine of equivalents because reduction operations performed by, for example, main_impl.h, ecdsa_impl.h, scalar.h, and scalar_4x64_impl.h, *supra*, perform substantially the same function, in substantially the same way, to achieve substantially the same result. |
| **[1c]** outputting the modified operand. | AntPool, through the Accused Instrumentalities, outputs the modified operand.<br><br>For example, the Accused Instrumentalities output the modified operand (e.g., the value "r").<br><br>`/** Set a scalar to an unsigned integer. */`<br>`static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v);`<br><br>Source: src/secp256k1/src/scalar.h<br><br>`/* Limbs of the secp256k1 order. */`<br>`#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)`<br>`#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)`<br>`#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)`<br>`#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)`<br><br>`/* Limbs of 2^256 minus the secp256k1 order. */`<br>`#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)`<br>`#define SECP256K1_N_C_1 (~SECP256K1_N_1)`<br>`#define SECP256K1_N_C_2 (1)`<br><br>`SECP256K1_INLINE static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v) {`<br>`    r->d[0] = v;`<br>`    r->d[1] = 0;`<br>`    r->d[2] = 0;`<br>`    r->d[3] = 0;`<br>`    ...;`<br>`}`<br>`static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const secp256k1_scalar *b) {` |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <pre>    uint64_t l[8];<br>    ...;<br>    **secp256k1_scalar_mul_512**(**l**, a, b);<br>    secp256k1_scalar_reduce_512(**r**, **l**);<br>    ...;<br>}</pre><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h")<br><pre>SECP256K1_INLINE static int **secp256k1_scalar_reduce_512**(secp256k1_scalar *r, const uint64_t<br>*l) {<br>    secp256k1_uint128 c128;<br>    ...;<br>    uint64_t **n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];**<br>    ...;<br>    /* **Reduce** 512 bits into 385. */<br>    /* m[0..6] = **l[0..3]** + **n[0..3]** * SECP256K1_N_C. */<br>    ...;<br>    /* **Reduce** 385 bits into 258. */<br>    /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */<br>    ...;<br>    /* **Reduce** 258 bits into 256. */<br>    /* **r[0..3]** = p[0..3] + p[4] * SECP256K1_N_C. */<br>    secp256k1_u128_from_u64(&c128, p0);<br>    secp256k1_u128_accum_mul(&**c128**, **SECP256K1_N_C_0**, p4);<br>    **r->d[0]** = secp256k1_u128_to_u64(&**c128**); ...;<br>    r->d[1] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[2] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[3] = secp256k1_u128_to_u64(&c128); ...;<br>}</pre><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h")<br><br>In the alternative, if this element is not met literally, then it is met under the doctrine of equivalents because reduction operations performed by, for example, main_impl.h, ecdsa_impl.h, scalar.h, and scalar_4x64_impl.h, *supra*, perform substantially the same function, in substantially the same way, to achieve substantially the same result. |

## APPENDIX – Accused Instrumentalities

1. Verifying cryptocurrency transactions (e.g., Bitcoin, Bitcoin Cash, Litecoin, Ethereum Classic, Zcash, etc.).
2. Verifying digital signatures associated with cryptocurrency messages and/or cryptocurrency transactions (e.g., Bitcoin, Bitcoin Cash, Litecoin, Ethereum Classic, Zcash, etc.).
3. Devices and software configured to verify cryptocurrency transactions, including computers, mining machines, nodes, applications, programs, wallets, and their respective associated processors (e.g., CPUs, GPUs, and ASICs).
4. Devices and software configured to verify digital signatures associated with cryptocurrency messages and/or cryptocurrency transactions, including computers, mining machines, nodes, applications, programs, wallets, and their respective associated processors (e.g., CPUs, GPUs, and ASICs).
5. Recovering a public key using components of a digital signature associated with cryptocurrency messages and/or cryptocurrency transactions (e.g., Bitcoin, Bitcoin Cash, Litecoin, Ethereum Classic, Zcash, etc.).
6. Devices and software configured to recover a public key using components of a digital signature associated with cryptocurrency messages and/or cryptocurrency transactions, including computers, mining machines, nodes, applications, programs, wallets, and their respective associated processors (*e.g.*, CPUs, GPUs, and ASICs).
7. Sending cryptocurrency messages and/or transactions (e.g., Bitcoin, Bitcoin Cash, Litecoin, Ethereum Classic, Zcash, etc.).
8. Signing cryptocurrency messages and/or transactions (e.g., Bitcoin, Bitcoin Cash, Litecoin, Ethereum Classic, Zcash, etc.).
9. Devices and software configured to sign or send cryptocurrency messages and/or transactions, including computers, mining machines, nodes, applications, programs, wallets, and their respective associated processors (*e.g.*, a digital wallet, a hot wallet, a cold wallet, a warm wallet, a hardware wallet, a hardware security module (HSM), or an embedded device).
10. Devices and software configured to send, transfer, transmit, or spend cryptocurrency, including computers, mining machines, nodes, applications, programs, wallets, and their respective associated processors (*e.g.*, a digital wallet, a hot wallet, a cold wallet, a warm wallet, a hardware wallet, a hardware security module (HSM), or an embedded device).
11. Generating and/or verifying cryptographic aspects of cryptocurrency communications and/or transmissions.