# Exhibit 7

**Exhibit 7: U.S. Patent No. 8,712,039**

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| **1[pre].** A method for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration, the method comprising: | To the extent the preamble of claim 1 is limiting, AntPool through the Accused Instrumentalities (*see* Appendix below) performed, induces others to perform, and/or contributes to the performance of others of, a method for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration, e.g., when mining Bitcoin[1]. *See* claim 1[a]-1[d], *infra*; *see also*, *e.g.*:<br><br>For example, AntPool operated a leading Bitcoin mining pool whose "distributed architecture supports the mining of millions of miners concurrently, and [AntPool had] nodes deployed around the world with a stable 7/24 mining environment." *See, e.g.*, https://apps.apple.com/us/app/antpool-leading-btc-pool/id1478243216[2].<br><br><br>Source: https://mempool.space/mining/pool/antpool |

[1] Bitcoin mining is exemplary of AntPool's infringing activities. AntPool also infringed the asserted claims via its operations of other mining activities such as Bitcoin Cash, Litecoin, Ethereum Classic, Zcash, etc. See, *e.g.*, https://www.antpool.com/home.

[2] All URLs cited in this chart were last accessed on August 21, 2026, unless otherwise noted.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Over the past year, the AntPool has been responsible for nearly 18% of the global Bitcoin hashrate, amounting to over 176 exa-hashes per second (EH/s)—that's 176 quintillion (176,000,000,000,000,000,000) cryptographic calculations per second. https://hashrateindex.com/hashrate/pools |




Top Bitcoin Mining Pools (3D 1W 1M)

| # | Pools | Reported Hashrate | Hashrate | Payout Method | Market Share | Blocks Mined | Avg. Tx Fees Per Block | Tx Fees Block Reward |
|---|---|---|---|---|---|---|---|---|
| 1 | Foundry USA | N/A | 232.7 EH/s | FPPS | 24.84% | 1070 | 0.02210065 | 0.71% |
| 2 | AntPool | N/A | 176.4 EH/s | FPPS | 18.83% | 811 | 0.02226451 | 0.71% |

Source: https://hashrateindex.com/hashrate/pools

In the past three years, AntPool mined over 20% of the blocks on the Bitcoin network. *See*, *e.g.*,

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  <br>Source: https://mempool.space/graphs/mining/pools#3y<br><br>And AntPool has earned over 1,182,489 BTC in mining rewards since its inception: |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>


See, e.g., https://mempool.space/mining/pool/AntPool
</td></tr>
</table>

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>


Source: https://arkm.com/explorer/entity/antpool
</td></tr>
</table>

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>


Source: https://arkm.com/explorer/entity/antpool


</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | <br>Source: https://mempool.space/address/12dRugNcdxK39288NjcDV4GX7rMsKCGn6B |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Pools with Blocks (< 3,996,000 WU)**<br><br>**Pool Name** / **Average Block Weight** / **Lowest Block Weight** / **Highest Block Weight**<br>Foundry USA / 3,993,030 / 3,992,749 (813879) / 3,993,523 (874770)<br>Binance Pool / 3,993,348 / 3,992,753 (784937) / 3,993,768 (846996)<br>MARA Pool / 3,993,017 / 3,992,721 (802653) / 3,994,944 (859968)<br>Luxor / 3,993,434 / 3,992,782 (768718) / 3,993,811 (841510)<br>AntPool / 3,993,554 / 3,992,868 (814783) / 3,993,918 (873367)<br>ViaBTC / 3,993,324 / 3,992,881 (782955) / 3,993,612 (872513)<br><br>"The majority of pools—such as Foundry USA, Binance Pool, and **AntPool**—produce blocks averaging around 3,993,000 WU, consistent with Bitcoin Core's current behavior." See, e.g., http://delvingbitcoin.org/t/analyzing-mining-pool-behavior-to-address-bitcoin-cores-double-coinbase-reservation-issue/1351 (Emphasis added) |

**Pools with Blocks (< 3,996,000 WU)**

| Pool Name | Average Block Weight | Lowest Block Weight | Highest Block Weight |
|---|---|---|---|
| Foundry USA | 3,993,030 | 3,992,749 (813879) | 3,993,523 (874770) |
| Binance Pool | 3,993,348 | 3,992,753 (784937) | 3,993,768 (846996) |
| MARA Pool | 3,993,017 | 3,992,721 (802653) | 3,994,944 (859968) |
| Luxor | 3,993,434 | 3,992,782 (768718) | 3,993,811 (841510) |
| AntPool | 3,993,554 | 3,992,868 (814783) | 3,993,918 (873367) |
| ViaBTC | 3,993,324 | 3,992,881 (782955) | 3,993,612 (872513) |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | <br>Source: https://mempool.space/block/000000000000000000014c1e0a26291bf762ada4c730027c4e1f975fac09fb20 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Full nodes:** Full nodes are the backbone of the Bitcoin network. They maintain a complete copy of the ledger, validate transactions and blocks against Bitcoin's consensus rules, and relay this information to other nodes. Full nodes ensure that all transactions comply with the protocol, and they reject any blocks or transactions that violate the rules. As of 2024, there are thousands of full nodes distributed globally, ensuring the network's decentralisation and resilience.<br><br>**Mining pool servers:** These are specialised servers run by mining pool operators that coordinate the collective hashing power of many individual mining hardware units (primarily ASICs), which are operated by pool participants ('miners'). Pool servers use specific protocols (like Stratum) to distribute work assignments and receive results. Critically, they incorporate full node functionality to interact with the Bitcoin network – validating transactions, building block templates, and broadcasting successfully mined blocks. They act as the central coordination point for most of the network's mining activity.<br><br>**Mining nodes:** A mining node enables participation in the creation of new blocks. It can operate independently on the network, similar to a setup used by a 'solo miner', or it can connect to a mining pool server to contribute hashing power to a collective effort. When operating independently, these nodes handle their own validation, block creation, and block propagation (requiring full node capabilities) and direct specialised hardware (ASICs) to perform the Proof-of-Work necessary to find a valid block hash.<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 32 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ## Mining Pools<br><br>**What are mining pools?**<br><br>As the Bitcoin network has grown and mining has become increasingly competitive, individual miners have found it challenging to mine blocks and receive rewards consistently. This challenge arises from the sheer computational power required to solve the cryptographic challenge – in other words, the increasing difficulty of finding a valid block hash. To address this issue, miners formed so-called 'mining pools', which are groups of miners who combine their computational resources to increase their chances of finding a block and share the rewards. A mining pool is a collective of miners who combine their computational resources to increase their chances of successfully mining a block. By pooling their efforts, miners can receive more consistent payouts, as the likelihood of the pool solving a block is higher than that of any individual miner. When a block is successfully mined by the pool, the rewards are distributed among all participants based on their contributed computational power, known as 'shares'. Figure 16 provides an overview of the current mining pool landscape. It becomes apparent that there are a few dominant actors: Foundry (35.8%), Antpool (19.5%), ViaBTC (13.5%), and F2Pool (9.4%), who collectively control the large majority (>75%) of hashrate. This concentration can be attributed to several factors, including economies of scale, ease of use, and reliable infrastructure, which allows larger pools to offer more competitive payout structures and lower fees, attracting more miners.<br><br>Mining pools operate by coordinating the computational efforts of individual miners. Once a miner joins a pool, they connect their hardware to the pool's server, which provides a block template containing information such as recent transactions, the previous block hash, and target difficulty. The pool server assigns smaller, less difficult cryptographic challenges to each miner. These smaller tasks, referred to as 'shares', are partial solutions that involve finding nonces which meet a reduced difficulty target. This allows miners to demonstrate their computational contribution without the need to find a valid block hash. The pool server aggregates these efforts, coordinating and combining them to ultimately solve the full block, thereby distributing work efficiently among its participants. To ensure miners always work on the most profitable block, pool servers continuously monitor the network for new transactions and recently mined blocks, and accordingly, provide mining nodes with updated block templates.<br><br>When a miner successfully solves a share, it is submitted back to the pool server as proof of work, serving as evidence of the miner's contribution to the<br><br>Source: https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 40 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | |




Source: https://mempool.space/address/12dRugNcdxK39288NjcDV4GX7rMsKCGn6B

```
C:\Users\[redacted]nslookup ss.antpool.com
Server:  dns-cac-lb-03.charter.com
Address:  209.18.47.63

Non-authoritative answer:
Name:    0d779f83dc90422b916eb4f5dfca36d5.pacloudflare.com
Addresses:  2606:4700:90:0:2e0:1f9e:19f:6089
          172.65.195.40
Aliases:  ss.antpool.com
          ap-na.apvipabc.com.cdn.cloudflare.net
```

Source: nslookup for ss.antpool.com using command prompt on a Windows machine.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **209.18.47.63** Star<br>**Summary**<br>Location: Englewood, Colorado, US<br>ASN: AS7843 — Charter Communications Inc #263<br>Hostname: dns-cac-lb-03.charter.com<br>Range: 209.18.32.0/20<br>Company: Charter Communications Inc<br>Hosted domains: 1<br><br>Source: https://ipinfo.io/209.18.47.63?lookup_source=search-bar<br><br>**172.65.195.40** Star Anycast<br>**Summary**<br>Location: San Francisco, California, US<br>ASN: AS13335 — Cloudflare, Inc. #60<br>Hostname: —<br>Range: 172.65.192.0/20<br>Company: Cloudflare, Inc.<br><br>Source: https://ipinfo.io/172.65.195.40?lookup_source=search-bar |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | AntPool has also operated specialized mining computers (*e.g.*, miners, mining machines, mining chips, ASICS, etc.) to mine bitcoin. *See*, *e.g.*: |

| Parameters | Cloud Mining |
| --- | --- |
| Electricity cost | Daily Settlement, Deducted from Earnings |
| Profit Cycle | T+1 Settlement |
| Model | S21+ Hyd. |
| Minimum Purchase | 10T, 360 days |
| Daily Theoretical Earnings (BTC) | 0.0000047/10T |
| Miner Ownership | Platform |

https://www.antpool.com/easyMining

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Source: https://shop.antpool.com/product/detail?pid=00020251110142324697QnIv8UQ1067F<br><br>For example, Antminer S21+ Hyd.[3] firmware code includes various files (e.g., libcrypto.so.1.1, libcrypto.so, libssl.so, etc.) related to its crypto/security modules. As one example, libcrypto.so.1.1 discloses relevant functions related to implementation of SHA256. For example, libcrypto.so.1.1 includes function CTLOG_new(), which invokes SHA256 function to compute the hash. Function SHA256() computes the SHA256 hash of input data d with length n bytes. SHA256_Init() performs initial setup of the internal state, including setting the initial hash values (A–H). SHA256_Update() performs the 512-bit blocks formation from the input and calls the FUN_00161f20 function for performing SHA256 hash calculations. Function FUN_00161f20() is a function for executing SHA256 hashing and updating iterations. |

[3] For purposes of these preliminary contentions, Antminer S21+ Hyd. is representative of other mining equipment models and variations (e.g., Antminer U3S23H, U23EU2H, U3S21EXPH, S19, S19 Pro, S19 XP, S19J Pro, S19J XP, S21, Z15, Z15 Pro, WhatsMiner M2x, M3x, M5x, and M6x series, etc.), as they utilize similar firmware files and corresponding functionality.

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | 00161f20 08 30 4f e2 adr r3,FUN_00161f20<br>LAB_00163920<br>vld1.32 {d0,d1,d2,d3},[param_1]<br>sub r3,r3,#0x120<br>add param_3,param_2,param_3, lsl #0<br>b LAB_00163930<br>…<br>LAB_00163920<br>vld1.32 {d0,d1,d2,d3},[param_1]<br>sub r3,r3,#0x120<br>add param_3,param_2,param_3, lsl #0:<br>b LAB_00163930<br>…<br>vadd.i32 q12,q12,q8<br>sha256su… q8,q9<br>vmov q2,q0<br>sha256h.… q0,q1,q12<br>sha256h2… q1,q2,q12<br>sha256su… q8,q10,q11<br>vld1.32 {d24,d25},[r3]=>DAT_00161e20!<br>…<br>vadd.i32 q13,q13,q9<br>sha256su… q9,q10<br>vmov q2,q0<br>sha256h.… q0,q1,q13<br>sha256h2… q1,q2,q13<br>sha256su… q9,q11,q8<br>vld1.32 {d26,d27},[r3]=>DAT_00161e30!<br><br>Source: libcrypto.so.1.1[4] |

[4] A human-readable version of a firmware file may be generated using tools such as Ghidra (https://github.com/NationalSecurityAgency/ghidra).

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | |

```
void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
                              ...
{
    pauVar10 = param_2 + param_3 * 4;
    do {
      auVar38 = *param_2;
                              ...
      param_2 = param_2 + 4;
      auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
      auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
      auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
      auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
      auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
      auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
      auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
      auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
      auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
      auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                              ...
      auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);
      auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);
    } while (param_2 != pauVar10);
    return;
  }
```

Source: libcrypto.so.1.1

Function FUN_00161f20() includes **sha256h.32** and **sha256h2.32**. As an example, **sha256h.32** uses q0, q1, q12 and **sha256h2.32** uses q1, q2, q12 where q0, q1, q2 and q12 are registers. The registers (q1 and q12) at the end of sha256h instruction/iteration are reused (e.g., for maximizing a number of registers) in the sha256h2 instruction (e.g., next iteration) that follows the sha256h instruction.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | |

```
Instruction Summary
-------------------
Mnemonic          : sha256h2.32
Number of Operands: 3

Input Objects:
   q1, q12, q2, const:0x0, const:0xb7
Result Objects:
   q1
```

```
Instruction Summary
-------------------
Mnemonic          : sha256h.32
Number of Operands: 3

Input Objects:
   q0, q1, q12, const:0x1, const:0xb7
Result Objects:
   q0
```

```
instruction(ARMinstructions.instruction(ARMinstructions.sinc:1534)
```

```
00161f20 08 30 4f e2     adr        r3,FUN_00161f20
...
vadd.i32     q12,q12,q8
sha256su...  q8,q9
vmov         q2,q0
sha256h....  q0,q1,q12
sha256h2...  q1,q2,q12
sha256su...  q8,q10,q11
vld1.32      {d24,d25},[r3]=>DAT_00161e20!
```

| | Operand-0 | Operand-1 | Operand-2 |
|---|---|---|---|
| Operand | q0 | q1 | q12 |
| Labeled | q0 | q1 | q12 |
| Type | REG | REG | REG |

| | Operand-0 | Operand-1 | Operand-2 |
|---|---|---|---|
| Operand | q1 | q2 | q12 |
| Labeled | q1 | q2 | q12 |
| Type | REG | REG | REG |

Source: libcrypto.so.1.1

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | **Encoding**<br>SHA256H <Qd>, <Qn>, <Vm>.4S<br>**Assembler Symbols**<br><Qd> Is the 128-bit name of the SIMD&FP source and destination, encoded in the "Rd" field.<br><Qn> Is the 128-bit name of the second SIMD&FP source register, encoded in the "Rn" field.<br><Vm> Is the name of the third SIMD&FP source register, encoded in the "Rm" field.<br>Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en<br><br>**Encoding**<br>SHA256H2 <Qd>, <Qn>, <Vm>.4S<br>**Assembler Symbols**<br><Qd> Is the 128-bit name of the SIMD&FP source and destination, encoded in the "Rd" field.<br><Qn> Is the 128-bit name of the second SIMD&FP source register, encoded in the "Rn" field.<br><Vm> Is the name of the third SIMD&FP source register, encoded in the "Rm" field. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en<br><br>Similarly, AntPool performs, induces others to perform, and/or contributes to the performance of others of, a method for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration, e.g., when mining Zcash. *See* claim 1[a]-1[d], *infra*; *see also*, *e.g.*:<br><br>For example, AntPool mined almost 10% of the Zcash blocks on the Zcash network. *See*, *e.g.*,<br><br><br><br>Source: https://www.antpool.com/home?lang=en |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |   Source: https://zcashinfo.com/ranking/?range=all |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  <br>Source: https://zcashinfo.com/pool/antpool<br> <br>Source: https://zcashinfo.com/block/4435 |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | <br>Source: https://zcashinfo.com/address/t1L2b66MXbgpVMXDfUa94GCBFAN4dCxGohM |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>


Source: https://shop.antpool.com/product/detail?pid=000202605211622255695 0q1Iipk068C
AntPool also infringed the asserted claims via its operations of other mining pools such as Bitcoin Cash, Litecoin, Ethereum Classic, Zcash, etc. because they use the same cryptographic extensions identified infra.
AntPool induces others, including its mining pool members, and/or contributes to the performance of this element by others, for example, by providing the AntPool[5], encouraging its use, and/or by deploying, installing, operating, configuring, repairing, and/or procuring (including facilitating procurement, purchases, sales, trades, repairs, etc.), for its customers and others, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. See, e.g.:
</td></tr>
</table>

[5] AntPool provides resources that teach and encourage the use of AntPool mining pool. *See*, *e.g.*, https://www.antpool.com/easyMining.

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>


Source: https://www.antpool.com/easyMining
</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>Source: https://www.antpool.com/easyMining |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | HOST Miner<br><br>Instant Hosted Mining Solution: Purchase hardware at spot price. ANTPOOL hosts in premium global facilities with zero upfront electricity/maintenance fees.Daily Earnings = Mined Coins × Market Price. Service concludes automatically upon reaching 105% hardware ROI (USDT-equivalent cumulative returns).<br><br>Principal-Protected Security Stable Value Appreciation End-to-End Managed Operations<br><br><br><br>1 One-click purchase<br>Order Host Miners via Marketplace. Submit BTC payout address, verify transaction value, and complete payment.<br><br>2 Hashrate Activation<br>ANTPOOL creates dedicated sub-account. Partner facilities redirect computing power within 24h.<br><br>3 Daily Settlements<br>Earnings auto-transfer to your designated BTC address upon meeting minimum payout threshold.<br><br>4 Hardware Retrieval (Optional post-service)<br>Choose to reclaim physical miners with hosting fees or forfeit equipment.<br><br>Source: https://www.antpool.com/easyMining |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | <br>Source: https://www.antpool.com/easyMining |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>Source: https://www.antpool.com/home |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Why ANTPOOL Cloud?**<br><br>**Cost Saving**<br>One-stop access to ANTPOOL Cloud service, reducing your mining expenses and self-developed pool costs. You can get your own mining pools easily.<br><br>**Independent Operation**<br>You can create your own mining pool brand, establish your own user system, select the supported currencies, and customize the schedule of rates. An Independent operation system helps you earn new profits.<br><br>**Stable Service**<br>ANTPOOL's Class-A expert team offers technical support at all nodes worldwide, maintaining 7*24 stable network services for your mining.<br><br>**High Security**<br>Our high-standard, multi-level risk control system, industry-leading SLA services, and distributed architecture are available for concurrent mining of million-level mining rigs.<br><br>Source: https://www.antpool.com/cloud |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **What services does ANTPOOL Cloud offer?**<br>Server nodes<br>Build server nodes for dedicated mining pools worldwide<br>User system<br>Maintain your own user groups and store user information independently<br>Technical support<br>7*24 exclusive ANTPOOL technical support available<br><br><br>Tagging for successful mining of blocks<br>Self-define tags in the coinbase as needed<br>API<br>Choose modular functions as needed to customize your own API<br>Supported cryptocoins<br>Mainstream cryptocoins, such as BTC, LTC and ETC. More are coming soon.<br>Source: https://www.antpool.com/cloud |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Cooperation Procedures**<br><br>**Determining the requirements**<br>Submit your requirements, including product module requirements, cryptocurrencies to be mined, mining methods, revenue model, etc.<br><br>**Development and Deployment**<br>Deploy your cloud-based mining pools after ANTPOOL completes the development tailor-made to your requirements<br><br>**Official Launch**<br>After deployment, you can bring your mining pools online for commercial operation or self-use.<br>Source: https://www.antpool.com/cloud |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>


Source: https://www.antpool.com/home
</td></tr>
<tr><td>1[a]. categorizing and unrolling iterations of an original secure hash algorithm into even iterations and odd iterations;</td><td>AntPool performs, induces others, including its mining pool members, to perform, and/or contributes to the performance of others of, categorizing and unrolling iterations of an original secure hash algorithm into even iterations and odd iterations.<br><br>For example, AntPool executes (and induces and contributes to the execution of) ARM instructions included in corresponding firmware to categorize and unroll iterations of an original secure hash algorithm into even iterations and odd iterations, as shown below. See, e.g.:</td></tr>
</table>

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>
Firmware List<br>
BTC/BCH/BSV SHA256 | ANTMINER S21+ Hyd.<br>
Firmware<br>
<table>
<tr><th>FileName</th><th>FileSize</th><th>Description</th><th>Publish Date</th><th>Action</th></tr>
<tr><td>FR-1.23(251024-S21+ Hyd.).bmu</td><td>30.04MB</td><td>MD5:c345d7d32b7af85d44ad1ef61b40220c<br>Updates:<br>1. Optimized firmware.<br>Please make sure the miner type and firmware type are the same before upgrading the miner firmware.</td><td>2025-11-12</td><td>Download<br>Share</td></tr>
</table>
Source: https://service.bitmain.com/support/download<br><br>
For example, Antminer S21+ Hyd. firmware code includes a function FUN_00161f20( ), which categorizes and unrolls iterations of an original secure hash algorithm into even iterations and odd iterations by executing ARM instructions (e.g., sha256h.32 and sha256h2.32).
</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | 00161f20 08 30 4f e2 adr r3,FUN_00161f20<br>LAB_00163920<br>vld1.32 {d0,d1,d2,d3},[param_1]<br>sub r3,r3,#0x120<br>add param_3,param_2,param_3, lsl #0<br>b LAB 00163930<br>...<br>LAB_00163920<br>vld1.32 {d0,d1,d2,d3},[param_1]<br>sub r3,r3,#0x120<br>add param_3,param_2,param_3, lsl #0:<br>b LAB_00163930<br>...<br>vadd.i32 q12,q12,q8<br>sha256su... q8,q9<br>vmov q2,q0<br>sha256h.... q0,q1,q12<br>sha256h2... q1,q2,q12<br>sha256su... q8,q10,q11<br>vld1.32 {d24,d25},[r3]=>DAT_00161e20!<br>...<br>vadd.i32 q13,q13,q9<br>sha256su... q9,q10<br>vmov q2,q0<br>sha256h.... q0,q1,q13<br>sha256h2... q1,q2,q13<br>sha256su... q9,q11,q8<br>vld1.32 {d26,d27},[r3]=>DAT_00161e30!<br><br>Source: libcrypto.so.1.1 |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>

```
void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)

                              ...
{

    pauVar10 = param_2 + param_3 * 4;
    do {
      auVar38 = *param_2;
                              ...
Input Objects:
    q1, q12, q2, const:0x0, const:0xb7
Result Objects:
    q1

      auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
      auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
      auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
      auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
      auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
      auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
      auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
      auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
      auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
      auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                              ...
      auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);
      auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);

Instruction Summary
-------------------------
Mnemonic           : sha256h2.32
Number of Operands:  3
    return;
  }
```

Source: libcrypto.so.1.1
</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | |

instruction(ARMinstructions.

```
Input Objects:
   q0, q1, q12, const:0x1, const:0xb7
Result Objects:
   q0
instruction(ARMinstructions.sinc:1534)
```

```
Instruction Summary
-------------------
Mnemonic          : sha256h2.32
Number of Operands: 3
```

```
00161f20 08 30 4f e2     adr          r3,FUN_00161f20
...
vadd.i32     q12,q12,q8
sha256su...  q8,q9
vmov         q2,q0
sha256h....  q0,q1,q12
sha256h2...  q1,q2,q12
sha256su...  q8,q10,q11
vld1.32      {d24,d25},[r3]=>DAT_00161e20!
```

```
Instruction Summary
-------------------
Mnemonic          : sha256h2.32
Number of Operands: 3
```

instruction(ARMinstructions.

| | Operand-0 | Operand-1 | Operand-2 |
|---|---|---|---|
| Operand | q0 | q1 | q12 |
| Labeled | q0 | q1 | q12 |
| Type | REG | REG | REG |

| | Operand-0 | Operand-1 | Operand-2 |
|---|---|---|---|
| Operand | q1 | q2 | q12 |
| Labeled | q1 | q2 | q12 |
| Type | REG | REG | REG |

Source: libcrypto.so.1.1

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | **Encoding**<br>SHA256H <Qd>, <Qn>, <Vm>.4S<br>**Assembler Symbols**<br><Qd> Is the 128-bit name of the SIMD&FP source and destination, encoded in the "Rd" field.<br><Qn> Is the 128-bit name of the second SIMD&FP source register, encoded in the "Rn" field.<br><Vm> Is the name of the third SIMD&FP source register, encoded in the "Rm" field.<br>Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en<br><br>**Encoding**<br>SHA256H2 <Qd>, <Qn>, <Vm>.4S<br>**Assembler Symbols**<br><Qd> Is the 128-bit name of the SIMD&FP source and destination, encoded in the "Rd" field.<br><Qn> Is the 128-bit name of the second SIMD&FP source register, encoded in the "Rn" field.<br><Vm> Is the name of the third SIMD&FP source register, encoded in the "Rm" field. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en<br><br>For example, the function FUN_00161f20( ) in Antminer S21+ Hyd. firmware **categorizes** and **unrolls SHA256 secure hash algorithm iterations into multiple pairs of SHA256h and SHA256h2 instructions**. SHA256hash (sha256h2.32) is categorized with **a flag (0) ("even")** and sha256h.32 is categorized **with a flag (1) (e.g., "odd")**, as illustrated below. |

```
void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)
                                   …

{

  pauVar10 = param_2 + param_3 * 4;
  do {
    auVar38 = *param_2;
                                   …
    auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
    auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
    auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
    auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
    auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
    auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
    auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
    auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
    auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
    auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                                   …
    auVar39 = SHA256hash(auVar38,auVar40,auVar41,1);
    auVar38 = SHA256hash(auVar40,auVar38,auVar41,0);

                                   …
  return;
}
```

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | (table below) |

| File Name | File Size | Instruction | Update time |
|---|---|---|---|
| WhatsMiner-SDCard-Image-h616-20251120.20.REL2.zip | 79MB | 1. **After that you must upgrade the latest firmware, if the miner is not upgraded, there would be error code;** 2. Applicable to regular miner with M6X, M5x and M3x series | 2025.11.26 |

Source: https://www.whatsminer.com/src/views/firmware-download.html

Quad-core ARM CortexTM-a53 processor

Efficient 64-bit and 32-bit execution state of ARM V8 architecture

In order to achieve scalable and high-performance Trustzone technology supports 3 to 10 times the software encryption performance

Support NEON advanced SIMD (single instruction multiple data) instructions to accelerate media and signal processing functions

Source: https://www.zeusbtc.com/ASIC-Miner-Repair/Parts-Tools-Details.asp?ID=404

The H616 chip is an integrated 4-core, 64-bit, high-performance CortexTM-A53 processor with a built-in NEON acceleration engine and powerful CPU processing capabilities to meet various differentiated business needs. It supports video decoders in multiple formats such as H.265, H.264, VP9, AVS2, AVS/AVS+, MPEG-1, MPEG-2, MPEG-4, VC1, VP8, and high-performance H.264 video encoders to meet the growing needs of multimedia playback and video communication. H616 also provides a wealth of peripheral interfaces, such as USB2.0, SDIO3.0, 1000Mbps EMAC, TSC, SPI, UART, CIR, etc.

Applicable to Whatsminer M6X, M5X, and M3X series miner.

Source: https://www.zeusbtc.com/ASIC-Miner-Repair/Parts-Tools-Details.asp?ID=1678

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | AntPool induces and/or contributes to the performance of this element by others, including its mining pool members, for example, by providing the AntPool mining pool, encouraging its use, and/or by deploying, installing, operating, configuring, repairing, and/or procuring (including facilitating procurement, purchases, sales, trades, repairs, etc.), for its customers and others, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See* claim 1[pre], *supra*. |
| **1[b].** reversing a sequence of computations in the even iterations to those in the odd iterations, | AntPool performs, induces others, including its mining pool members, to perform, and/or contributes to the performance of others of, reversing a sequence of computations in the even iterations to those in the odd iterations.<br><br>For example, within each pair of SHA256hash calls in Antminer S21+ Hyd. firmware code, the order of the input arguments is reversed. In the example shown below, arguments in the odd iteration: SHA256hash(**auVar36, auVar37**, auVar40, **1**) / sha256h.32 q0, q1, q12 and the following even iteration: SHA256hash(**auVar37, auVar36**, auVar40, **0**) / sha256h2.32 q1, q2, q12, are swapped, indicating that the computations performed in the even iteration are "reversed" in the odd iteration. *See*, *e.g.*:<br><br> |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>

```
void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)

{
                    ...
      auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
      auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
      auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
      auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
      auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
      auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
      auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
      auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
      auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
      auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                    ...
    return;
  }
```

Source: libcrypto.so.1.1

Operation

```
AArch64.CheckFPAdvSIMDEnabled();

constant boolean part1 = TRUE;
V[d, 128] = SHA256hash(V[d, 128], V[n, 128], V[m, 128], part1);
```

Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en

</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Operation**<br>`AArch64.CheckFPAdvSIMDEnabled();`<br><br>`constant boolean part1 = FALSE;`<br>`V[d, 128] = SHA256hash(V[n, 128], V[d, 128], V[m, 128], part1);`<br><br>Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en<br><br>AntPool induces and/or contributes to the performance of this element by others, including its pool members, for example, by providing the AntPool mining pool, encouraging its use, and/or by deploying, installing, operating, configuring, repairing, and/or procuring (including facilitating procurement, purchases, sales, trades, repairs, etc.), for its customers and others, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See* claim 1[pre], *supra*. |
| **1[c].** said reversing resulting in an average number of words that need to be loaded into the registers per iteration being reduced by at least one-half compared to the original secure hash algorithm; and | AntPool performs, induces others, including its mining pool members, to perform, and/or contributes to the performance of others of, performing a method wherein said reversing results in an average number of words that need to be loaded into the registers per iteration being reduced by at least one-half compared to the original secure hash algorithm.<br><br>For example, the original SHA-256 (SHA-2) algorithm, published by NIST (*see*, *e.g.*, https://csrc.nist.gov/files/pubs/fips/180-2/final/docs/fips180-2.pdf), requires 8 state words to be loaded into the registers **per iteration**. Therefore, in each iteration, the average numbers of words loaded into the registers are 8 in the original/classical secure hash algorithm. However, in Antminer S21+ Hyd. firmware, the average number of words A-H loaded per original iteration is two instead of eight (sixteen 32-bit loads) in the classical implementation, as illustrated below. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | In one example, Antminer S21+ Hyd.'s firmware code, the SHA256H instruction uses two registers (q0 and q1) to process the A–D and E–H state words, while **SHA256H2 (reversing)** uses two registers (q1 and q2) to process the E–H and A–D state words. Further, SHA256H updates A–D in q0, while SHA256H2 updates E–H in q1. Each execution of SHA256H is preceded by code to execute the ARM instruction **vmov q2, q0,** which moves (e.g., loads) the values of q0 (i.e., state words A–D) into the q2 register. The q2 register is then reused in execution of SHA256H2.<br><br>ARM instructions (SHA256H and SHA256H2) require loading only four words (A–D) into the q2 register. Therefore, per iteration Antminer S21+ Hyd.'s firmware code loads an average of two words (reduced by at least one-half in comparison to original Secure Hash Algorithm) into the registers. |




Source: libcrypto.so.1.1

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Loading data into registers<br>All data must be in a register before it an Arm assembly instruction can operate on it.<br>We can also move data around from one register to another to perform different operations. The `mov` instruction copies data from one register to another, as follows:<br>`mov x3, x0`<br>Finally, we can also load registers with literal values. The following instruction loads register x2 with the integer value 7:<br>`mov x2, #7`<br>https://developer.arm.com/documentation/107829/0201/Assembly-language-basics/Loading-data-into-registers<br><br>AntPool induces and/or contributes to the performance of this element by others, including its pool members, for example, by providing the AntPool mining pool, encouraging its use, and/or by deploying, installing, operating, configuring, repairing, and/or procuring (including facilitating procurement, purchases, sales, trades, repairs, etc.), for its customers and others, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See* claim 1[pre], *supra*. |
| **1[d].** combining an even iteration and an odd iteration to provide a new iteration of a loop. | AntPool performs, induces others, including its mining pool members, to perform, and/or contributes to the performance of others of, combining an even iteration and an odd iteration to provide a new iteration of a loop.<br><br>For example, in the Accused Instrumentalities, Antminer S21+ Hyd. firmware combines an even iteration and an odd iteration to provide a new iteration of a loop. *See*, *e.g.*:<br><br>Function **FUN_00161f20( )** operates with multiple pairs of **SHA256h** and **SHA256h2** iterations. The output of the odd iteration [sha256h.32] becomes an input for the even iteration [sha256h2.32] and thus the loop combines an even iteration and an odd iteration into a **paired iteration** (e.g., “a new iteration of a loop”). |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|

```
00161f20 08 30 4f e2     adr        r3,FUN_00161f20
                         …
vadd.i32    q12,q12,q8
sha256su…   q8,q9
vmov        q2,q0
sha256h.…   q0,q1,q12
sha256h2…   q1,q2,q12
sha256su…   q8,q10,q11
vld1.32     {d24,d25},[r3]=>DAT_00161e20!
                         …
vadd.i32    q13,q13,q9
sha256su…   q9,q10
vmov        q2,q0
sha256h.…   q0,q1,q13
sha256h2…   q1,q2,q13
sha256su…   q9,q11,q8
vld1.32     {d26,d27},[r3]=>DAT_00161e30!
```

```
void FUN_00161f20(undefined1 (*param_1) [16],undefined1 (*param_2) [16],int param_3)

{
                         …
    auVar40 = VectorAdd(_DAT_00161e00,auVar38,4);
    auVar39 = SHA256ScheduleUpdate0(auVar38,auVar42);
    auVar38 = SHA256hash(auVar36,auVar37,auVar40,1);
    auVar40 = SHA256hash(auVar37,auVar36,auVar40,0);
    auVar41 = SHA256ScheduleUpdate1(auVar39,auVar43,auVar44);
    auVar45 = VectorAdd(_DAT_00161e10,auVar42,4);
    auVar42 = SHA256ScheduleUpdate0(auVar42,auVar43);
    auVar39 = SHA256hash(auVar38,auVar40,auVar45,1);
    auVar40 = SHA256hash(auVar40,auVar38,auVar45,0);
    auVar42 = SHA256ScheduleUpdate1(auVar42,auVar44,auVar41);
                         …
  return;
}
```

Source: libcrypto.so.1.1

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Operation**<br>`AArch64.CheckFPAdvSIMDEnabled();`<br><br>`constant boolean part1 = TRUE;`<br>`V[d, 128] = SHA256hash(V[d, 128], V[n, 128], V[m, 128], part1);`<br><br>Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H--SHA256-hash-update--part-1--?lang=en<br><br>**Operation**<br>`AArch64.CheckFPAdvSIMDEnabled();`<br><br>`constant boolean part1 = FALSE;`<br>`V[d, 128] = SHA256hash(V[n, 128], V[d, 128], V[m, 128], part1);`<br><br>Source: https://developer.arm.com/documentation/ddi0602/2025-09/SIMD-FP-Instructions/SHA256H2--SHA256-hash-update--part-2--?lang=en<br><br>AntPool induces and/or contributes to the performance of this element by others, including its pool members, for example, by providing the AntPool mining pool, encouraging its use, and/or by deploying, installing, operating, configuring, repairing, and/or procuring (including facilitating procurement, purchases, sales, trades, repairs, etc.), for its customers and others, bitcoin mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use. *See* claim 1[pre], *supra*. |

**APPENDIX – Accused Instrumentalities**

1. AntPool's use of mining equipment, Antminer U3S23H, U23EU2H, U3S21EXPH, S19, S19 Pro, S19 XP, S19J Pro, S19J XP, S21, Z15, Z15 Pro, WhatsMiner M2x, M3x, M5x, and M6x series, etc. and variations thereof, for its own mining activities in the past.

2. AntPool's inducement and/or contribution towards the use of mining equipment, including Antminer U3S23H, U23EU2H, U3S21EXPH, S19, S19 Pro, S19 XP, S19J Pro, S19J XP, S21, Z15, Z15 Pro, WhatsMiner M2x, M3x, M5x, and M6x series, etc. and variations thereof, by others, including its mining pool members, for example, by providing the AntPool mining pool, encouraging its use, and/or by deploying, installing, operating, configuring, repairing, and/or procuring (including facilitating procurement, purchases, sales, trades, repairs, etc.), for its customers and others, cryptocurrency mining machines that are not a staple article of commerce and are incapable of substantial noninfringing use.